**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

    **Plaintiff(s)**

    **v.**                                      **Criminal No.**  03-55 (JAG)

CARLOS AYALA LOPEZ,

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:**    1/19/06<br>**Title:**  Magistrate-Judge's Report and Recommendation<br>**Docket(s)**: 817<br><br>☐ **Government**    ☐ **Pretrial**<br>☐ **Defendant(s)**    ☐ **Probation** | Because no objections were filed within the prescribed time period, the Court ADOPTS the Report and Recommendation in its entirety. Accordingly, the Court **DENIES** defendant's motion in limine to exclude gruesome photographs and motion for government to provide pre-trial notice and establish relevance of photographs (Docket No. 587). |
| MOTION | ORDER |
| **Date Filed:**    1/19/06<br>**Title:**  Magistrate-Judge's Report and Recommendation<br>**Docket(s)**: 818<br><br>☐ **Government**    ☐ **Pretrial**<br>☐ **Defendant(s)**    ☐ **Probation** | Because no objections were filed within the prescribed time period, the Court ADOPTS the Report and Recommendation in its entirety. Accordingly, the Court **DENIES** defendant's motion to dismiss superseding indictment or for alternative relief due to Government's loss of evidence (Docket No. 590). |

| MOTION | ORDER |
|---|---|
| **Date Filed:**   1/24/06<br>**Title:**  Magistrate-Judge's Report and Recommendation<br>**Docket(s)**: 842<br><br>☐ **Government**      ☐ **Pretrial**<br>☐ **Defendant(s)**     ☐ **Probation** | Because no objections were filed within the prescribed time period, the Court ADOPTS the Report and Recommendation in its entirety. Accordingly, the Court **GRANTS** defendant's motion to exclude 404(b) evidence relating to defendant's arrest on October 10, 1997 and subsequent conviction, for three weapons violations (Docket No. 572). |

<br><br>

                                                                 <u>s/ Jay A. Garcia-Gregory</u>

**Date:**  March 14, 2006                          **JAY A. GARCIA-GREGORY**
                                                                **U.S. District Judge**