UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    **Plaintiff(s)**

    v.

CARLOS AYALA LOPEZ (1),
EUSEBIO LLANOS CRESPO (10),

    **Defendant(s)**

CRIMINAL NO.  03-55 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** January 19, 2006<br>**Title:** Magistrate-Judge's Report and Recommendation<br>**Docket(s):** 815<br><br>☐ Plaintiffs   ☐ Third Party<br>☐ Defendant(s)   ☐ Other | Upon review of the Magistrate-Judge's Report and Recommendation and defendant's objections thereto, the Court finds no reason to depart from the Magistrate-Judge's findings and therefore **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the court **DENIES** defendant's motion to suppress (Docket No. 584). |
| **MOTION** | **ORDER** |
| **Date Filed:** January 19, 2006<br>**Title:** Magistrate-Judge's Report and Recommendation<br>**Docket(s):** 816<br><br>☐ Plaintiffs   ☐ Third Party<br>☐ Defendant(s)   ☐ Other | Upon review of the Magistrate-Judge's Report and Recommendation and defendant's objections thereto, the Court finds no reason to depart from the Magistrate-Judge's findings and therefore **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the court **DENIES without prejudice** defendant's motion to preclude alleged co-conspirator hearsay statements (Docket No. 589). |

Criminal No. 03-55 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** January 20, 2006<br>**Title:** Magistrate-Judge's Report and Recommendation<br>**Docket(s):** 829<br><br>☐ Plaintiffs    ☐ Third Party<br>☐ Defendant(s)   ☐ Other | Upon review of the Magistrate-Judge's Report and Recommendation and defendant's objections thereto, the Court finds no reason to depart from the Magistrate-Judge's findings and therefore **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the court **DENIES** defendant's motion to suppress out-of-court identifications and anticipated in-court identifications (Docket No. 593). |

| MOTION | ORDER |
|---|---|
| **Date Filed:** January 25, 2006<br>**Title:** Magistrate-Judge's Report and Recommendation<br>**Docket(s):** 845<br><br>☐ Plaintiffs    ☐ Third Party<br>☐ Defendant(s)   ☐ Other | Upon review of the Magistrate-Judge's Report and Recommendation and defendant's objections thereto, the Court finds no reason to depart from the Magistrate-Judge's findings and therefore **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the court **DENIES without prejudice** defendant's motion to exclude other crimes and bad conduct evidence (Docket No. 583). |

| MOTION | ORDER |
|---|---|
| **Date Filed:** February 3, 2006<br>**Title:** Magistrate-Judge's Report and Recommendation<br>**Docket(s):** 857<br><br>☐ Plaintiffs    ☐ Third Party<br>☐ Defendant(s)   ☐ Other | Upon review of the Magistrate-Judge's Report and Recommendation and defendant's objections thereto, the Court finds no reason to depart from the Magistrate-Judge's findings and therefore **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the court **DENIES** defendant's motion to compel Government's production of information and documents regarding undercover audiotapes (Docket No. 688). |

| MOTION | ORDER |
|---|---|
| **Date Filed:** February 3, 2006<br>**Title:** Magistrate-Judge's Report and Recommendation<br>**Docket(s):** 858<br><br>☐ Plaintiffs    ☐ Third Party<br>☐ Defendant(s)   ☐ Other | Upon review of the Magistrate-Judge's Report and Recommendation and defendant's objections thereto, the Court finds no reason to depart from the Magistrate-Judge's findings and therefore **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the court **DENIES** defendant's motion to suppress or exclude audiotapes and transcripts (Docket No. 596). |

Criminal No. 03-55 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** February 3, 2006<br>**Title:** Magistrate-Judge's Report and Recommendation<br>**Docket(s)**: 859<br><br>☐ Plaintiffs     ☐ Third Party<br>☐ Defendant(s)  ☐ Other | Upon review of the Magistrate-Judge's Report and Recommendation and defendant's objections thereto, the Court finds no reason to depart from the Magistrate-Judge's findings and therefore **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the court **DENIES** defendant's motion to suppress (Docket Nos. 585, 806). |
| **Date Filed:** February 6, 2006<br>**Title:** Magistrate-Judge's Report and Recommendation<br>**Docket(s)**: 860<br><br>☐ Plaintiffs     ☐ Third Party<br>☐ Defendant(s)  ☐ Other | Upon review of the Magistrate-Judge's Report and Recommendation and defendant's objections thereto, the Court finds no reason to depart from the Magistrate-Judge's findings and therefore **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the court **DENIES** defendant's motion to suppress or exclude Luis Llorens Torres Housing Project Videotapes (Docket No. 600). |
| **Date Filed:** February 8, 2006<br>**Title:** Magistrate-Judge's Report and Recommendation<br>**Docket(s)**: 866<br><br>☐ Plaintiffs     ☐ Third Party<br>☐ Defendant(s)  ☐ Other | Upon review of the Magistrate-Judge's Report and Recommendation and defendant's objections thereto, the Court finds no reason to depart from the Magistrate-Judge's findings and therefore **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the court **DENIES** defendant's motions in limine (Docket Nos. 573, 574, 582, 652, 832, 833, 840, 841, 843, 844). |
| **Date Filed:** February 8, 2006<br>**Title:** Magistrate-Judge's Report and Recommendation<br>**Docket(s)**: 870<br><br>☐ Plaintiffs     ☐ Third Party<br>☐ Defendant(s)  ☐ Other | Upon review of the Magistrate-Judge's Report and Recommendation and defendant's objections thereto, the Court finds no reason to depart from the Magistrate-Judge's findings and therefore **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the court **DENIES** defendant's motion to suppress (Docket Nos. 579, 832, 840). |

Criminal No. 03-55 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** February 9, 2006<br>**Title:** Magistrate-Judge's Report and Recommendation<br>**Docket(s):** 873<br><br>☐ **Plaintiffs**   ☐ **Third Party**<br>☐ **Defendant(s)**   ☐ **Other** | Upon review of the Magistrate-Judge's Report and Recommendation and defendant's objections thereto, the Court finds no reason to depart from the Magistrate-Judge's findings and therefore **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the court **DENIES** defendant's motion to suppress (Docket Nos. 653, 833, 844). |
| **Date Filed:** February 9, 2006<br>**Title:** Magistrate-Judge's Report and Recommendation<br>**Docket(s):** 878<br><br>☐ **Plaintiffs**   ☐ **Third Party**<br>☐ **Defendant(s)**   ☐ **Other** | Upon review of the Magistrate-Judge's Report and Recommendation and defendant's objections thereto, the Court finds no reason to depart from the Magistrate-Judge's findings and therefore **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the court **DENIES** defendant's motion to suppress (Docket Nos. 580, 841, 843). |
| **Date Filed:** February 14, 2006<br>**Title:** Magistrate-Judge's Report and Recommendation<br>**Docket(s):** 898<br><br>☐ **Plaintiffs**   ☐ **Third Party**<br>☐ **Defendant(s)**   ☐ **Other** | Upon review of the Magistrate-Judge's Report and Recommendation and defendant's objections thereto, the Court finds no reason to depart from the Magistrate-Judge's findings and therefore **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the court **DENIES** defendant's motion to suppress VA's videotape and still photos (Docket No. 597). |

**Date:** March 27, 2006

s/ Jay A.Garcia-Gregory
**JAY A. GARCIA-GREGORY**
**U.S. District Judge**